# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Gloria Marigny
4158 W. Good Hope Rd.
Milwaukee, Wisconsin
53209

v.

Case Number: **25-C 1585**
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Department of Health + Human Services
1 W. Wilson St.
Madison, WI 53703

---

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin (Milw)__ and resides at
   (State)
   __4158 W. Good Hope Rd. (Winnebago)__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Dept. of Health + Human Services__
   (Name)
   Madison / Winnebago
   Mental Health Facility (Winnebago)

Complaint – 1

is (if a person or private corporation) a citizen of **WISCONSIN**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

DHS violated my rights by falsified records of being treated for psychological (MCI) for years and receiving checks for disability that I was diagnosed with the disorder by any psychiatrist or psychologist. My career ruined by these false malicious tactics by Defamation and Interference. I continue to have problems with both listed above.

Complaint – 2



Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Made whole as before this adverse actions, Ratailiation took place. Seeking monenetary Damages, Pecuriary damages. Loss Wages from employer + Loss of career Status. etc.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16th__ day of __October__ 20__25__

Respectfully Submitted,

__/s/ Gloria Marigny__
Signature of Plaintiff

__414 391-5697__
Plaintiff's Telephone Number

__GloriaMarigny4@Gmail.com__
Plaintiff's Email Address

__4158 W. Good Hope Rd.__
__Milwaukee, Wisconsin 53209__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.